**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 3, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00146-CV

### IN RE ZAHIR QUERISHI, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 86707**

## MEMORANDUM OPINION

On February 18, 2015, relator Zahir Querishi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Harris County District Clerk to issue a citation in connection with an application for a writ of habeas corpus.

By statute, we have authority to issue a writ of mandamus against a judge of a district or county court in our court of appeals district, and as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2004). The Harris County District Clerk named as the respondent in this original proceeding is not a judge of a district or county court. And, issuance of the writ against the respondent is not necessary to enforce our jurisdiction. Therefore, we have no jurisdiction to grant the requested relief. *See In re Z.Q.*, No. 14-12-01109-CV, 2013 WL 55991, *1 (Tex. App.—Houston [14th Dist.] Jan. 3, 2013, orig. proceeding) (mem. op., per curiam); *see also In re Brannon*, Nos. 14-13-00297-CV, 14-13-00298-CV, 2013 WL 1632141, *2 (Tex. App.—Houston [14th Dist.] Apr. 16, 2013, orig. proceeding) (mem. op., per curiam)

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.